IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAWN DULLEY,**  2:12-cv-01584- RE

Plaintiff,  **JUDGMENT**

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

Defendant.

**REDDEN**, Judge:

The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this 23 day of January, 2014.

James A. Redden
United States District Judge

1 - JUDGMENT